UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 14-61596-CIV-MORENO

STEVEN BOURGEOIS,

    Plaintiff,

vs.

SHERIFF SCOTT ISRAEL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **July 10, 2014**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 5)** on **July 18, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the Plaintiff's notice to the court, filed on **August 4, 2014** presumably in response to the Magistrate Judge's Report and Recommendation. The Court has also reviewed the issues presented in the Magistrate Judge's Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 5)** on **July 18, 2014** is **AFFIRMED** and **ADOPTED**. It is

**ADJUDGED** that Plaintiff's case is dismissed under 28 U.S.C. § 1915(e)(2). It is also

**ADJUDGED** that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _11_ day of August, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White

Steven Bourgeois, *pro se*
191400123
Broward County Jail, NBB
North Broward Bureau
Inmate Mail/ Parcels
Post Office Box 407037
Fort Lauderdale, Florida 33340

Counsel of Record